JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ROBERT MENA,

        Plaintiff,

  v.

RICHARD Y. CHUNG; and DOES 1 to 10,

        Defendants.

Case No. 8:25-cv-01843-JWH-JDEx

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 13] entered on or about November 20, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 23, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE